

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2020

No. 04-20-00179-CR

**IN RE** James **STRIBLIN**

Original Mandamus Proceeding[1]

**ORDER**

On March 24, 2020, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 1, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013CR4270, styled *The State of Texas v. James Striblin*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.